IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEREMY MONTRAY GAINES                                                                    PLAINTIFF
ADC #118227

V.                              NO. 2:05CV00270 JLH

ARKANSAS DEPARTMENT OF                                                               DEFENDANTS
CORRECTION, et al

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case against Defendants is, therefore, dismissed with prejudice for failure to state a claim.  Any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.  Further, this dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 10th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE